TRINA A. HIGGINS, United States Attorney (#7349)
SAM PEAD, Assistant United States Attorney (#11945)
CAMERON P. WARNER, Assistant United States Attorney (#14364)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JONATHAN ALEXANDER MORALES-LOPEZ, Defendant. | Case No. 2:20CR00027-JNP  NOTICE OF APPEAL  Judge Jill N. Parrish |

Notice is hereby given that the United States of America, plaintiff in the above-entitled action, hereby appeals pursuant to 18 U.S.C. § 3731 the District Court's June 30, 2022 Order granting Morales-Lopez's motion to vacate his conviction on Count III of the Indictment.

DATED this 1st day of August, 2022.

                              TRINA A. HIGGINS
                              United States Attorney

                              */s/ Sam Pead*
                              SAM PEAD
                              Assistant United States Attorney